02/18/2019

Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New yore
40 Foley Square
New York, NY 10007

Dear Judge Gardephe:

I am writing this letter of support for my dear friend and ex coworker Michael Bonanno who I have known for approximately 16 years.

My name is Karen Pan and I am a former NYC Police Detective.  I served twenty and a half years with the NYC Police Department.  I retired on December 31, 2015.  Throughout my police career I worked in various patrol and investigative units.  I received numerous commendations for excellent work in the cases I was assigned.

I worked with Michael Bonanno as partners in the Manhattan South Grand Larceny Task force.  This was an undercover unit that identified pickpockets from crowds in the street and then kept them under surveillance and once the crime was observed they were placed under arrest.  In order for this unit to succeed officers had to to depend on each other and trust each other.  Michael Bonanno and I participated in numerous arrests together.  If I

needed or if anyone else needed assistance with anything he would be the first to volunteer.   He stayed past his scheduled hours on numerous occasions while never complaining.   He always made sure that everyone was taken care of.

I also worked with Michael Bonanno while I was assigned to the 006th Precinct Detective Squad in Manhattan.   I always admired how he treated prisoners with such respect and kindness.   Even going as far as to run to a deli if a prisoner was hungry so that he or she would not have to wait until they get transported which would sometimes take hours.   The best part was the moment he would actually hand them the food because they could not believe that he went to the deli just for them. The heartfelt thank you could easily be seen in their eyes. There were numerous times that I needed to go on a location canvass and he would never let me go by myself.   He would immediately drop anything he was doing so that a Detective would not go out by him or herself.   He always talked about how practicing safety was paramount.

Michael Bonanno is an extremely generous person and almost to a fault.   Always putting other people's needs before his own.   He is well spoken of by all those who were lucky enough to work with him.   It does not matter who you are to him because he will always look for the good in you.   He is a trusting person who believes that all people can be good.

This is a difficult time that he and his family are going

through right now.   He is feeling extremely distressed because he is sorry for what he is putting everyone through.   He has always been a hardworking member of society and if given the opportunity he will continue to be. I believe that any behavior that he displayed that caused him to be charged was a one off event.   If anyone deserves a second chance it should be Michael Bonanno.

Respectfully,


Karen V. Pan